*In re* ÁNGEL M. ROSADO NIEVES.

*Número:* TS-8253            *Resuelto:* 24 de agosto de 2004

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Ángel M. Rosado Nieves,* peticionario.

Sala de Verano integrada por el JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ como su PRESIDENTE, el JUEZ ASOCIADO SEÑOR CORRADA DEL RÍO, el JUEZ ASOCIADO SEÑOR RIVERA PÉREZ y la JUEZ ASOCIADA SEÑORA FIOL MATTA.

## RESOLUCIÓN

Examinada la Moción Urgente presentada por el Lcdo. Ángel M. Rosado Nieves el 23 de agosto de 2004, así como la Moción Informativa y en Cumplimiento de Resolución, presentada por la Oficina de Inspección de Notarías el 1ro de julio de 2004, *se ordena la reinstalación del referido abogado al ejercicio de la notaría.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

*(Fdo.)* María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*